Defendant: JOSE LIBARDO MORALES
Case Number: DNCW306CR000154-002

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of
Counts 1 & 5: SEVEN (7) MONTHS each count to run concurrently.

X  The Court makes the following recommendations to the Bureau of Prisons:
   Defendant shall participate in the Inmate Financial Responsibility Program for payment of court imposed monetary penalties.
   Defendant shall be designated to a facility close to Charlotte, NC.

__ The defendant is remanded to the custody of the United States Marshal.

__ The defendant shall surrender to the United States Marshal for this district:

   __ At ____ On ____.
   __ As notified by the United States Marshal.

X  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   __ Before 2 pm on .
   X  as notified by the United States Marshal.
   __ As notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant ~~delivered~~ Volunteer Surrender on  06·18·08  To  River's C.I.

At  Winton NC  11:20am , with a certified copy of this Judgment.

                            ~~United States Marshal~~
                            By  George E. Snyder, Warden
                                ~~Deputy Marshal~~
                            Cheryl Hanell, Records Clerk

**FILED**
**CHARLOTTE, NC**

JUN 2 7 2008

**U.S. DISTRICT COURT**
**WESTERN DISTRICT OF NC**